IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAKOTA HARRIS**                                                                                                          **PLAINTIFF**

v.                                       Case No. 4:25-cv-00299-LPR-JJV

**TIM RYALS**, *Sheriff*                                                                                                **DEFENDANT**

### ORDER

On March 28, 2025, Plaintiff Dakota Harris, a pretrial detainee at the Faulkner County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On April 29, 2025, mail sent to Plaintiff at the Faulkner County Detention Center was returned to the Court as undeliverable because Plaintiff was no longer in custody there.[2] On April 30, 2025, the Court ordered Plaintiff to, within thirty (30) days, update his address with the Clerk of the Court and file a new, free-world motion to proceed *in forma pauperis* if he was no longer in custody.[3] The Court warned Plaintiff that his failure to do so may cause his Complaint to be dismissed.[4] Plaintiff has not complied with or otherwise responded to the April 30, 2025 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of June 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Notice (Doc. 5); *see also* Notice (Doc. 7).

[3] Order (Doc. 6). The Order was entered by United States Magistrate Judge Joe J. Volpe.

[4] *Id.*