# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAKOTA HARRIS**                                                                                      **PLAINTIFF**

**v.**                       **Case No. 4:25-cv-00299-LPR-JJV**

**TIM RYALS,** *Sheriff*                                                                **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of June 2025.

                                                                                         _____
                                                                                         LEE P. RUDOFSKY
                                                                                         UNITED STATES DISTRICT JUDGE